UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., **)** | |
| **)** | |
| Plaintiff, **)** | Civil Action No. __3:20cv98__ |
| **)** | |
| v. **)** | |
| **)** | |
| JELD-WEN, INC., **)** | |
| **)** | |
| Defendant. **)** | |
| **)** | |

## NOTICE OF FILING A MOTION TO SEAL

Steves and Sons, Inc., pursuant to Rule 5 of the Local Civil Rules, provides public notice that it has today filed a motion to seal the Complaint, the Motion and Memorandum for a Temporary Restraining Order, and certain of their exhibits.

All parties and non-parties are hereby notified that they may submit memoranda in support of or in opposition to the motion within seven days, and that they may designate all or part of such exhibit as confidential.

Dated:  February 14, 2020

Respectfully submitted,

**STEVES AND SONS, INC.**

By:  __/s/Lewis F. Powell III__
Lewis F. Powell III (VSB No. 18266)
Michael Shebelskie (VSB No. 27459)
Maya M. Eckstein VSB No. 41413)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200

Facsimile:   (804) 788-8218
lpowell@hunton.com
mshebelskie@hunton.com
meckstein@hunton.com

*Attorneys for Plaintiff*

Glenn D. Pomerantz (pro hac vice pending)
Kyle W. Mach (pro hac vice pending)
Emily Curran-Huberty (pro hac vice pending)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161

Marvin G.  Pipkin (pro hac vice pending)
Kortney Kloppe-Orton (pro hac vice pending)
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX  78216
Telephone:     (210) 731-6495
Facsimile:     (210) 293-2139

*Of Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system.  Parties may access this filing via the Court's electronic system.

By  /s/Lewis F. Powell III
Lewis F. Powell III