Reset Form | Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:20cv98__, Case Name __Steves and Sons, Inc. v. JELD-WEN, Inc.__
Party Represented by Applicant: __Plaintiff, Steves and Sons, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Glenn Pomerantz__
Bar Identification Number __112503__   State __California__
Firm Name __Munger Tolles & Olson LLP__
Firm Phone # __213/683-9100__   Direct Dial # __213/683-9132__   FAX # __213/683-5132__
E-Mail Address __Glenn.Pomerantz@mto.com__
Office Mailing Address __350 S. Grand Avenue, 50th Floor, Los Angeles, CA 90071__

Name(s) of federal court(s) in which I have been admitted __SEE ATTACHED__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   2/14/20 (Date)
Lewis F. Powell III (Typed or Printed Name)   18266 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)   (Date)

ADDENDUM TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

Name(s) of federal court(s) in which I have been admitted:

| Court | Date of Admission |
| --- | --- |
| USDC, Central District of California | 01/06/1984 |
| USDC, Southern District of California | 06/16/1984 |
| USDC, Northern District of California | 10/09/1990 |
| USDC, District of Columbia | 07/07/1986 |
| USDC, District of Michigan | 09/10/2009 |
| U.S. Court of Appeals, Ninth Circuit | 05/18/1989 |
| U.S. Court of Appeals, Third Circuit | 11/03/1986 |
| U.S. Court of Appeals, Second Circuit | 05/06/2014 |
| U.S. Court of Appeals, Fifth Circuit | 02/27/2003 |
| U.S. Court of Appeals, Eleventh Circuit | 08/31/1998 |
| U.S. Court of Appeals, Fourth Circuit | 12/20/1994 |
| U.S. Court of Appeals, District of Columbia | 10/29/2003 |
| Supreme Court, State of California | 01/16/1984 |