IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                            Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

### ORDER

Having reviewed the plaintiff's EXPEDITED MOTION FOR INJUNCTION IN SUPPORT OF THE AMENDED FINAL JUDGMENT (ECF No. 2001) filed in Steves and Sons, Inc. v. Jeld-Wen, Inc., Civil Action No. 3:16cv545 ("Steves I"), the supporting, opposing and reply briefs, and the exhibits, and having heard evidence thereon, and having denied the EXPEDITED MOTION FOR INJUNCTION IN SUPPORT OF THE AMENDED FINAL JUDGMENT (ECF No. 2001) in Steves I for lack of jurisdiction, and Steves and Sons, Inc. ("Steves") having filed a new action styled Steves and Sons, Inc. v. Jeld-Wen, Inc., Civil Action No. 3:20cv98 ("Steves II"), and Steves, having filed in Steves II PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2), and having concluded that, in the proceedings on the EXPEDITED MOTION FOR INJUNCTION IN SUPPORT OF THE AMENDED FINAL JUDGMENT (ECF No. 2001) in Steves I, Steves made a substantial showing of likelihood of success and irreparable injury by virtue of the facts shown on

the record in Steves I, and having concluded that the interests of both parties in Steves II and the interest of justice will be served by expediting proceedings in Steves II, the Court has directed counsel to confer and to tender a schedule for expedited proceedings in Steves II. That schedule, once approved, will be set out in a separate order.

It is so ORDERED.

/s/ *RSP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 14, 2020