**CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**

**NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

JUDGE:  **ROBERT E. PAYNE**                                     DOCKET NO.:      **3:20-CV-098**

REPORTER:  **PEPPY PETERSON, OCR**                       DATE:      **FEBRUARY 14, 2020**

Case Style:      STEVES AND SONS, INC. v. JELD-WEN, INC.

Counsel for Plaintiff(s):      LEWIS POWELL, III; MAYA ECKSTEIN, GLEN POMERANTZ

Counsel for Defendant(s):      BRIAN RIOPELLE

Matter Comes on For:  (     ) BENCH TRIAL
                                       (     ) MOTION HEARING: _____
                                       ( ✔ ) OTHER:  HEARING ON COMPLAINT W/ TEMPORARY RESTRAINING ORDER
                                       FILED IN COURT RELATING TO 3:16-CV-545 ("STEVES I")

Appearances:      PARTIES                  BY COUNSEL ( ✔ )  /  WITH COUNSEL ( ✔ )          PRO SE (     )

Motions Before Trial:
          (     ) _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (     )      DEFENDANTS (     )      COURT (     )

OPENING STATEMENTS MADE (     )                    OPENING WAIVED (     )

PLAINTIFF(S) ADUCED EVIDENCE (     )      RESTED (     )      MOTION (     ) _____

DEFENDANT(S) ADUCED EVIDENCE (     )      RESTED (     )      MOTION (     ) _____

REBUTTAL EVIDENCE ADUCED (     )                    SUR-REBUTTAL EVIDENCE ADUCED (     )

EVIDENCE CONCLUDED (     )                    ARGUMENTS OF COUNSEL HEARD (     )

COURT FOUND IN FAVOR OF PLAINTIFF(S) (     )      MONTARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (     ) _____

CLERK TO ENTER JUDGMENT ON DECISION (     )      TRIAL EXHIBITS RETURNED TO COUNSEL (     )

## ADDITIONAL NOTATIONS:

PLAINTIFF SERVE DISCOVERY REQUESTS ON 02/15/20, DEFENDANT TO PRODUCE ON 02/20/20,
DEFENDANT SERVE DISCOVERY REQUESTS ON 02/16/20 OR 02/18/20 AT LATEST, PLAINTIFF TO
PRODUCE ON 02/22/20, TRO OPPOSITION BY 02/20/20, SUPPLEMENTAL TRO BRIEFS FROM BOTH
PARTIES TO INCORPORATE DISCOVERY ON 02/28/20, IF DEFENDANT SERVES BY 02/15/20 BOTH
PARTIES PRODUCE BY 02/20/20, IF DEFENDANT SERVES ON 02/16/20 BOTH PARTIES PRODUCE BY
02/21/20, DEPOSITIONS TAKING PLACE ON 02/24/20 & 02/25/20, PARTIES SHALL SUBMIT
DECLARATIONS FROM TESTIFYING WITNESSES AT LIVE HEARING BY 02/28/20, STATUS CONFERENCE
SET FOR 02/18/20 AT 10:00 A.M. (WILL CANCEL IF NOT NEEDED)

CASE CONTINUED UNTIL      MARCH 3, 2020      AT      9:30 A.M.      FOR      TRO/PRELIM INJUNCTION

SET:  **3:30 P.M.**          BEGAN:  **3:31 P.M.**          ENDED:  **4:08 P.M.**          TIME IN COURT:  **37 MINS.**