IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Steves and Sons, Inc.,

    Plaintiff,

v.

JELD-WEN, INC.,

    Defendant.

Civil Action No. 3:20-cv-98

**ORDER**

Having conferred with counsel respecting a schedule for expedited proceedings, it is hereby ORDERED that:

(1) By February 15, 2020, Steves and Sons, Inc. ("Steves") shall serve its discovery requests; and

(2) By February 20, 2020, JELD-WEN, Inc. ("JELD-WEN") shall respond and make its production; and

(3) By February 16, if possible, or by February 18, at the latest, JELD-WEN shall serve its discovery requests, and Steves shall respond and make its production five days after service; and

(4) On February 24, 2020 and February 25, 2020, depositions shall take place; and

(5) On February 28, 2020, JELD-WEN and Steves shall submit declarations from any witnesses who will testify at the preliminary

injunction hearing, and these declarations will be the direct testimony of the witnesses at the hearing on March 3, 2018; and

(6) By February 20, 2020, JELD-WEN shall file its initial response to PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2); and

(7) By February 28, 2020, JELD-WEN and Steves shall file supplemental briefs addressed to PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2) that incorporate information obtained during discovery; and

(8) On March 3, 2020 at 9.30 A.M., the Court will take testimony and hear oral argument on PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2); and

(9) Unless the parties are able to reach an agreement regarding doorskin shipments, the Court will hold a status conference on February 18, 2020 at 10.00 A.M.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 14, 2020