**CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**
**NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

JUDGE:   **ROBERT E. PAYNE**                                                                                          DOCKET NO.:   **3:20-CV-098**

REPORTER:   **PEPPY PETERSON, OCR**                                                                        DATE:   **FEBRUARY 18, 2020**

Case Style:   <u>STEVES AND SONS, INC. v. JELD-WEN, INC.</u>

Counsel for Plaintiff(s):   <u>LEWIS POWELL III, MAYA ECKSTEIN</u>

Counsel for Defendant(s):   <u>BRIAN RIOPELLE</u>

Matter Comes on For:   (  ) BENCH TRIAL
                       (  ) MOTION HEARING
                       (✓) OTHER:  <u>STATUS HEARING</u>

Appearances:   PARTIES              BY COUNSEL (✓) / WITH COUNSEL (✓)          PRO SE (  )

Motions Before Trial:
   (  ) _____
   (  ) _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (  )     DEFENDANTS (  )     COURT (  )

OPENING STATEMENTS MADE (  )                OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  )     RESTED (  )     MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )     RESTED (  )     MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )            SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )            ARGUMENTS OF COUNSEL HEARD (  )

COURT FOUND IN FAVOR OF PLAINTIFF(S) (  )     MONTARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (  ) _____

CLERK TO ENTER JUDGMENT ON DECISION (  )     TRIAL EXHIBITS RETURNED TO COUNSEL (  )

**ADDITIONAL NOTATIONS:**
<u>COUNSEL FOR DEFENDANT AGREED TO ACCEPT SERVICE ON FEBRUARY 14, 2020; ANSWER TO COMPLAINT DUE MARCH 6, 2020 BUT EXTENDED TO MARCH 20, 2020 BY AGREEMENT OF THE PARTIES; STANDING PROTECTIVE ORDER IN "STEVES I" (3:16CV545) AMENDED AS STATED ON THE RECORD – COUNSEL WILL MODIFY AND SUBMIT DOCUMENT FOR ENTRY INTO THIS CASE</u>

CASE CONTINUED UNTIL _____ AT _____ FOR _____

SET:   **11:00 A.M.**        BEGAN:   **11:05 A.M.**        ENDED:   **11:27 A.M.**        TIME IN COURT:   **22 MINS.**

RECESSES: