IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:20cv98__, Case Name __Steves and Sons, Inc. v. JELD-WEN, Inc.__
Party Represented by Applicant: __Plaintiff, Steves and Sons, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Glenn Pomerantz__
Bar Identification Number __112503__   State __California__
Firm Name __Munger Tolles & Olson LLP__
Firm Phone # __213/683-9100__   Direct Dial # __213/683-9132__   FAX # __213/683-5132__
E-Mail Address __Glenn.Pomerantz@mto.com__
Office Mailing Address __350 S. Grand Avenue, 50th Floor, Los Angeles, CA 90071__

Name(s) of federal court(s) in which I have been admitted __SEE ATTACHED__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   2/14/20 (Date)
Lewis F. Powell III
18266
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __X__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/ REP
(Judge's Signature) Robert E. Payne
Senior United States District Judge

February 18, 2020
(Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:20cv98__, Case Name __Steves and Sons, Inc. v. JELD-WEN, Inc.__
Party Represented by Applicant: __Plaintiff, Steves and Sons, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Kyle Mach__
Bar Identification Number __282090__    State __California__
Firm Name __Munger Tolles & Olson LLP__
Firm Phone # __415/512-4000__    Direct Dial # __415/512-4044__    FAX # __415/644-6944__
E-Mail Address __kyle.mach@mto.com__
Office Mailing Address __560 Mission Street, 27th Floor, San Francisco, CA 94105__

Name(s) of federal court(s) in which I have been admitted __SEE ATTACHED__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    (Date) 2/14/20
Lewis F. Powell III    18266
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __x__ or Exemption Granted _____

The motion for admission is GRANTED __x__ or DENIED _____

_____/s/ REP_____    __February 18, 2020__
(Judge's Signature) Robert E. Payne    (Date)
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:20cv98__, Case Name __Steves and Sons, Inc. v. JELD-WEN, Inc.__
Party Represented by Applicant: __Steves and Sons, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Marvin Grady Pipkin__
Bar Identification Number __16026600__    State __Texas__
Firm Name __Pipkin & Kloppe-Orton, LLP__
Firm Phone # __201/731-6495__    Direct Dial # __210/213-3378__    FAX # __210/293-2139__
E-Mail Address __mpipkin@pipkinlawsatx.com__
Office Mailing Address __10001 Reunion Plaza, Suite 640, San Antonio, Texas 78216__

Name(s) of federal court(s) in which I have been admitted __USDC Western District of Texas; 5th Court of Appeals__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/ Marvin Pipkin__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Lewis F. Powell III__    __2/14/20__
(Signature)    (Date)
Lewis F. Powell III    18266
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __X__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

__/s/ REP__    February 18, 2020
(Judge's Signature) Robert E. Payne    (Date)
Senior United States District Judge