IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Steves and Sons, Inc.,

    Plaintiff,

v.                                 Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having confirmed with counsel that JELD-WEN, Inc. ("JELD-WEN") accepted service of Steves and Sons, Inc.'s ("Steves") COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE (ECF No. 6) (the "Complaint") on February 14, 2020, it is hereby ORDERED that, by agreement of counsel, JELD-WEN shall file its answer and any other motions with respect to the Complaint by March 20, 2020.

    It is so ORDERED.

                                           /s/ REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: February 18, 2020