UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br>        Plaintiff, <br><br>v. <br><br>JELD-WEN, INC., <br><br>        Defendant. | Civil Action No. 3:20-cv-00098-REP |

## NOTICE OF APPEARANCE

Defendant JELD-WEN, Inc., hereby gives notice to the Court and Plaintiff Steves and Sons, Inc., that Gregory J. DuBoff, a member of the bar of this Court and an attorney with the firm of McGuireWoods, LLP, enters an appearance as counsel for Defendant in the above-captioned action.

Dated: February 20, 2020

                  */s/ Gregory J. DuBoff*
                  Gregory J. DuBoff (VSB #82062)
                  McGuireWoods LLP
                  Gateway Plaza
                  800 East Canal Street
                  Richmond, VA 23219
                  (804) 775-1154 – Tel.
                  (804) 698-2150 – Fax
                  GDuBoff@mcguirewoods.com

                  *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February 2020, the following counsel of record have been served using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Lewis F. Powell III
John S. Martin
Alexandra L. Klein
Maya M. Eckstein
Douglas M. Garron
R. Dennis Fairbanks, Jr.
Michael Shebelskie
William H. Wright, Jr.
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200 – Tel.
(804) 788-8218 – Fax
lpowell@huntonAK.com
martinj@huntonAK.com
aklein@huntonAK.com
meckstein@huntonAK.com
dgarrou@huntonAK.com
dfairbanks@huntonAK.com
mshebelskie@huntonAK.com
cwright@huntonAK.com

Ted Dane
Glenn Pomerantz
Gregory Sergi
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9288 – Tel.
(213) 683-4088 – Fax
ted.dane@mto.com
glenn.pomerantz@mto.com
gregory.sergi@mto.com

Kyle Mach
Emily C. Curran-Huberty

Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
emily.curran-huberty@mto.com

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 – Fax

*Of Counsel*

        */s/ Gregory J. DuBoff*
        Gregory J. DuBoff (VSB #82062)
        McGuireWoods LLP
        Gateway Plaza
        800 East Canal Street
        Richmond, VA 23219
        (804) 775-1154 – Tel.
        (804) 698-2150 – Fax
        GDuBoff@mcguirewoods.com

        *Attorney for Defendant*