**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

STEVES AND SONS, INC.,

    Plaintiff,

v.                                    Civil Action No. 3:20v98

JELD-WEN, INC.,

    Defendant.

**ORDER**

At the request of the parties, and for good cause shown, it is hereby ORDERED that the ORDER (ECF No. 15) entered on February 14, 2020 ("February 14 Order") is amended as follows:

(1) The depositions required in paragraph (4) of the February 14 Order shall be completed by February 27, 2020; and

(2) The declarations of witnesses required in paragraph (5) of the February 14 Order shall be filed by March 2, 2020; and

(3) The parties' supplemental briefs with respect to PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2) shall be filed by March 2, 2020; and

(4) The oral argument on PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2) scheduled for 9:30 a.m. March 3, 2020 is rescheduled to 9:30 a.m. March 5, 2020.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: February 25, 2020