IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  3:20-cv-98  , Case Name  Steves and Sons, Inc. v. Jeld-Wen, Inc.
Party Represented by Applicant: Steves and Sons, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Ted Dane
Bar Identification Number 143195       State California
Firm Name Munger, Tolles & Olson LLP
Firm Phone # 213.683.9100       Direct Dial # 213.683.9288       FAX # 213.687.3702
E-Mail Address Ted.Dane@mto.com
Office Mailing Address 350 S. Grand Ave., 50th Floor, Los Angeles, CA 90071

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Lewis F. Powell III
(Typed or Printed Name)

March 4, 2020
(Date)
18266
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____     _____
(Judge's Signature)                              (Date)

Attachment

Ted Dane has been admitted to practice in the following courts:

State Bar of CA   December 11, 1989

USDC, E.D. Texas, Marshall Div. Oct. 2011
USDC, E.D. Texas, Texarkana Div. Sept. 2007
USDC, Central District of CA   1989
USDC, Eastern District of CA   March 2002
USDC, Southern District of CA   Feb. 2002
USDC, Northern District of CA   1998
USDC Arizona   1991
USDC North Dakota
USDC N.D. Illinois
USDC Delaware
USDC, S.D. Florida   2005
U.S. Court of Appeals, Federal Circuit   6/01/1995
U.S. Court of Appeals, 7th Circuit   1/06/1997
U.S. Court of Appeals, 9th Circuit   10/15/1997
U.S. Supreme Court   1997

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/Lewis F. Powell III
Lewis F. Powell III