UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JELD-WEN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 3:20-cv-000098 |

### STEVES AND SONS, INC.'S MOTION FOR ENTRY OF A SCHEDULING ORDER

Steves and Sons, Inc. ("Steves"), pursuant to Rule 7 of the Local Civil Rules, respectfully moves the Court for an order setting the schedule to govern the above-captioned matter. For the reasons set forth in the memorandum accompanying this motion, Steves requests that the Court enter the proposed scheduling order attached to the supporting memorandum.

Dated:  March 17, 2020

                                                        Respectfully submitted,

                                                        **STEVES AND SONS, INC.**

                                                        By:     /s/Lewis F. Powell III
                                                        Lewis F. Powell III (VSB No. 18266)
                                                        Michael Shebelskie (VSB No. 27459)
                                                        Maya M. Eckstein VSB No. 41413)
                                                        HUNTON ANDREWS KURTH LLP
                                                        Riverfront Plaza, East Tower
                                                        951 East Byrd Street
                                                        Richmond, Virginia 23219-4074
                                                        Telephone:  (804) 788-8200
                                                        Facsimile:   (804) 788-8218
                                                        lpowell@huntonak.com
                                                        mshebelskie@huntonak.com

meckstein@huntonak.com

Glenn D. Pomerantz (pro hac vice)
Kyle W. Mach (pro hac vice)
Emily Curran-Huberty (pro hac vice)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161

Marvin G. Pipkin (pro hac vice)
Kortney Kloppe-Orton (pro hac vice)
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX  78216
Telephone:     (210) 731-6495
Facsimile:      (210) 293-2139

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/Lewis F. Powell III
Lewis F. Powell III