IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                    Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered Paragraph (2) of General Order No. 2020 - 03 entered on March 16, 2020, it is hereby ORDERED that the deadlines for filing the Answer and motions established in the February 10, 2020 ORDER (ECF No. 20) shall be moved to March 27, 2020.

It is so ORDERED.

                                                  /s/      REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: March 18, 2020