UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JELD-WEN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:20-cv-000098 |

ORDER

Upon consideration of the parties' written submissions (ECF Nos. 62, 63, 64) and the arguments of counsel, for the reasons set forth on the record during the conference call on March 18, 2020 and for good cause shown, it is hereby ORDERED that:

1. The parties shall exchange Rule 26(a) written disclosures by March 18, 2020;

2. JELD-WEN shall provide its production of data in response to Steves' Second Request for the Production of Documents by March 23, 2020;

3. JELD-WEN shall provide its objections (if any) and written responses to Steves' Second Request for the Production of Documents by March 23, 2020;

4. JELD-WEN shall provide its substantial production of documents responsive to Steves' Second Request for the Production of Documents by March 30, 2020;

5. JELD-WEN shall provide its privilege log to Steves by April 6, 2020;

6. Within seven days of service by JELD-WEN of its Second Requests for the Production of Data and Documents, Steves shall:

    a. Produce the responsive data; and

  b. Serve objections (if any) and written responses to the requests;

7. Within fourteen days of service by JELD-WEN of its Second Requests for the Production of Data and Documents, Steves shall substantially produce documents;

8. Within twenty-one days of service by JELD-WEN of its Second Requests for the Production of Data and Documents, Steves shall provide its privilege log to JELD-WEN;

9. For any other requests for production, the parties shall provide their written responses and objections seven days from service of requests; the parties shall also provide their productions of responsive documents fourteen days from service of requests; and the parties shall provide privilege logs for any withheld documents twenty-one days from service of requests;

10. For any other written discovery (e.g., interrogatories, requests for admission), the receiving party shall serve objections (if any) and written responses within seven days of service;

11. The parties shall serve all written discovery by April 3, 2020;

12. All discovery, except as set forth below regarding experts, shall be completed by April 24, 2020;

13. Steves shall provide its opening expert disclosures by April 24, 2020, provided that Steves may supplement its expert disclosures if reasonably necessary to respond to discovery obtained after April 24, 2020;

14. JELD-WEN shall provide its responsive expert disclosures by May 8, 2020;

15. Steves shall provide its reply expert disclosures by May 15, 2020;

16. The parties shall conduct depositions of experts by May 22, 2020, and these depositions shall be conducted in Richmond if reasonably possible;

17. For discovery designations to be offered at trial,

    a. The parties shall serve discovery designations to be offered at trial by May 13, 2020;

    b. The parties shall serve fairness/rebuttal designations by May 15, 2020;

    c. The parties shall serve any objections to designations by May 18, 2020; and

    d. The parties shall meet and confer to resolve objections by May 19, 2020;

18. The parties shall file their witness and exhibit lists by May 11, 2020;

19. The parties shall file any objections to exhibits by May 14, 2020;

20. For jury instructions,

    a. The parties shall file proposed instructions by May 22, 2020;

    b. The parties shall file any objections to proposed instructions by May 25, 2020; and

    c. Steves shall file consolidated jury instructions, both those agreed to and those still in dispute, by May 28, 2020;

21. The parties shall file proposed voir dire questions by May 25, 2020 and shall file objections to the other party's proposed questions by May 29, 2020;

22. For stipulations, the parties shall exchange proposed stipulations by May 8, 2020, shall meet and confer regarding them by May 15, 2020, and shall file proposed stipulations by May 22, 2020;

23. For motions in limine,

    a. The parties shall file any motions in limine by May 8, 2020;

b.  The parties shall file any responses by May 15, 2020; and

c.  The parties shall file any replies in support of any such motions by May 19, 2020.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: March 19, 2020