UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| STEVES AND SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:20-cv-000098 |
| v. | ) | |
| | ) | |
| JELD-WEN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDMENTS TO SCHEDULING ORDER (ECF No. 67)

WHEREAS, JELD-WEN has represented to the Court that, in response to the Governor of

Pennsylvania's executive order ordering the closure of all Pennsylvania businesses that are not

considered "life sustaining," JELD-WEN's Towanda Interior Molded Doorskin plant is currently

idled, thereby hampering the collection of documents and data from Towanda;

WHEREAS, McGuireWoods' (counsel for JELD-WEN) network and computer systems

were down starting at 9:00 pm Friday, March 20, 2020 through Sunday, March 22, 2020 for

maintenance to accommodate the large number of attorneys and staff now working remotely; and

WHEREAS, counsel for the parties have conferred and Steves has agreed that the

following modifications may be made to the Scheduling Order (ECF-67) entered on March 19,

2020 to accommodate JELD-WEN;

IT IS HEREBY ORDERED that the following modifications to the Scheduling Order shall

occur:

1.      JELD-WEN's production of data in response to Steves' Second Request for the Production of Documents, originally to be produced by March 23, 2020, shall now be produced by March 27, 2020;

2.      JELD-WEN's substantial production of documents responsive to Steves' Second Request for the Production of Documents, originally to be produced by March 30, 2020, shall now be produced by April 6, 2020;

3.      JELD-WEN's provision to Steves of a privilege log, originally to be produced by April 6, 2020, shall now be produced by April 13, 2020;

4.      Steves' production of data in response to JELD-WEN's Second Requests for the Production of Data and Documents, originally to be produced by March 25, 2020, shall now be produced by March 27, 2020;

5.      Steves' substantial production of documents responsive to JELD-WEN's Second Requests for the Production of Data and Documents, originally to be produced by April 1, 2020, shall now be produced by April 6, 2020;

6.      Steves' provision to JELD-WEN of a privilege log, originally to be produced by April 8, 2020, shall now be produced by April 13, 2020;

7.      JELD-WEN's response to Steves' First Interrogatories, originally to be served by March 26, 2020, shall now be served by March 30, 2020; and

8.      Steves' response to JELD-WEN's First Interrogatories, originally to be served by March 25, 2020, shall now be served by March 30, 2020.

It is so ORDERED.

_____/s/_____ *REP*_____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March __24, 2020

3