UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JELD-WEN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:20-cv-000098 |

**PROPOSED ORDER**

Having considered Steves and Sons, Inc.'s Motion to file under seal its Response to JELD-WEN, Inc.'s Second Supplemental Brief in Opposition to Motion for Preliminary Injunction, and Exhibits 1 and 2 appended thereto, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000) and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Steves' Motion is granted.  It is further ORDERED that Steves' Response to JELD-WEN's Second Supplemental Brief in Opposition to Motion for Preliminary Injunction, and Exhibits 1 and 2 appended thereto are filed under seal.

It is so ORDERED.

Richmond, Virginia
Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge