UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JELD-WEN, INC., <br><br> Defendant. | Civil Action No. 3:20-cv-000098 |

**AMENDMENTS TO SCHEDULING ORDER (ECF NO. 67) AND**
**PREVIOUS AMENDEMENTS TO SCHEDULING ORDER (ECF. NO. 70)**

WHEREAS, the Scheduling Order (ECF No. 67) and previous amendments thereto (ECF No. 70) provide for a substantially complete production of documents in response to document requests on April 6, 2020;

WHEREAS, the Scheduling Order and previous amendments thereto provide for a written discovery request deadline of April 3, 2020, which precedes the substantially complete production of documents;

WHEREAS, Steves represents that counsel for the parties have conferred and are agreed that the deadline for written discovery requests should be moved from April 3 to April 10, 2020 so that the parties have the opportunity to serve further written discovery requests with the benefit of substantially complete document productions;

IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 67) and previous amendments thereto (ECF No. 70) are further amended to require all written discovery requests to be served no later than April 10, 2020.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 30, 2020