IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered STEVES AND SONS, INC.'S MOTION TO FILE UNDER SEAL COMPLAINT AND CERTAIN OF ITS EXHIBITS AND MOTION AND MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND CERTAIN OF ITS EXHIBITS (ECF No. 4), and the supporting memorandum, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that STEVES AND SONS, INC.'S MOTION TO FILE UNDER SEAL COMPLAINT AND CERTAIN OF ITS EXHIBITS AND MOTION AND MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND CERTAIN OF ITS EXHIBITS (ECF No. 4) is granted and the following

documents are filed under seal; provided that appropriately redacted versions thereof are filed in the public record:

(1) COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE (ECF No. 6); and

(2) MEMORANDUM IN SUPPORT OF PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCITON (ECF No. 7) and certain exhibits thereto.

It is so ORDERED.

/s/
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 31, 2020