IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                               Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered Paragraph (2) of General Order No. 2020-07 entered on March 24, 2020, it is hereby ORDERED that the filing deadlines with respect to DEFENDANT JELD-WEN, INC.'S MOTION TO DISMISS COUNTS ONE AND TWO OF PLAINTIFF STEVES AND SONS, INC.'S COMPLAINT FOR FAILURE TO STATE A CLAIM (ECF No. 80) remain in accord with Local Rule 7(F).

It is so ORDERED.

                                      /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: March 31, 2020