IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                  Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having entered a scheduling order for the above captioned case on March 19, 2020 (ECF No. 67), the Court DENIES AS MOOT STEVES AND SONS, INC.'S MOTION FOR ENTRY OF A SCHEDULING ORDER (ECF No. 62).

It is so ORDERED.

                                                /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 1, 2020