UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> JELD-WEN, INC., <br><br>    Defendant. | Civil Action No. 3:20-cv-000098 |

## NOTICE OF FILING A MOTION TO SEAL

Steves and Sons, Inc., pursuant to Rule 5 of the Local Civil Rules, provides public notice that it has today filed a motion to seal its First Amended Complaint for Injunctive and Declaratory Relief, Damages, and Specific Performance.

All parties and non-parties are hereby notified that they may submit memoranda in support of or in opposition to the motion within seven days, and that they may designate all or part of such exhibit as confidential.

Dated: April 3, 2020

Respectfully submitted,

**STEVES AND SONS, INC.**

By:   /s/Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
Michael Shebelskie (VSB No. 27459)
Maya M. Eckstein (VSB No. 41413)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200

Facsimile:   (804) 788-8218
lpowell@hunton.com
mshebelskie@hunton.com
meckstein@hunton.com

Glenn D. Pomerantz
Kyle W. Mach
Emily Curran-Huberty
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161

Marvin G.  Pipkin
Kortney Kloppe-Orton
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX  78216
Telephone:     (210) 731-6495
Facsimile:     (210) 293-2139

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

                                                By  /s/Lewis F. Powell III
                                                      Lewis F. Powell III