UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:20-cv-000098 |
| JELD-WEN, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION

Steves and Sons, Inc. ("Steves") and JELD-WEN, Inc. ("JELD-WEN") hereby stipulate to the following:

WHEREAS on February 14, 2020 Steves filed its Complaint (Dkt. 6); and

WHEREAS on March 27, 2020 JELD-WEN filed a Motion to Dismiss Counts One and Two of Steves' Complaint (Dkt. 80); and

WHEREAS on April 1, 2020 counsel for Steves informed counsel for JELD-WEN of Steves' intention to file an Amended Complaint and provided to JELD-WEN's counsel a copy of the Amended Complaint;

WHEREAS on April 4, 2020 Steves filed its Amended Complaint; and

WHEREAS counsel for the parties have conferred about how most efficiently to proceed given the pendency of JELD-WEN's Motion to Dismiss and Steves' Amended Complaint.

In consideration of the foregoing, the parties have agreed to the following:

1. In order to spare JELD-WEN the necessity of filing another Motion to Dismiss, Steves shall treat JELD-WEN's pending Motion to Dismiss as though it had been asserted as to Steves' Amended Complaint;

2. Steves agrees that nothing in this Stipulation shall prejudice JELD-WEN's arguments in support of its Motion to Dismiss; and

3. Steves shall file its Opposition to JELD-WEN's Motion to Dismiss not later than April 10, 2020, and JELD-WEN shall file its Reply not later than six calendar days after Steves files its Opposition.

Dated:  April 06, 2020

Respectfully submitted,

**STEVES AND SONS, INC.**

By:      /s/ Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
Michael Shebelskie (VSB No. 27459)
Maya M. Eckstein VSB No. 41413)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218
lpowell@hunton.com
mshebelskie@hunton.com
meckstein@hunton.com

Glenn D. Pomerantz
Kyle W. Mach
Emily Curran-Huberty
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161

Marvin G. Pipkin
Kortney Kloppe-Orton
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX  78216
Telephone:     (210) 731-6495
Facsimile:      (210) 293-2139
*Attorneys for Plaintiff*


**JELD-WEN, Inc.**

By counsel

/s/ *Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
Gregory J. DuBoff (VSB # 82062)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com
gduboff@mcguirewoods.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/Lewis F. Powell III
Lewis F. Powell III