**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

STEVES AND SONS, INC.,

    Plaintiff,

v.                                                    Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having entered an amended scheduling order for the above captioned case on March 30, 2020 (ECF No. 99), the Court DENIES AS MOOT Steves and Sons, Inc.'s AGREED MOTION TO AMEND SCHEDULING ORDER (ECF No. 98).

It is so ORDERED.

                                    /s/      *REP*
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: April 3, 2020