IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                          Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Steves and Sons, Inc. ("Steves") having filed its FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE (ECF No. 107) (the "First Amended Complaint"), it is hereby ORDERED that:

(1) DEFENDANT JELD-WEN, INC.'S MOTION TO DISMISS COUNTS ONE AND TWO OF PLAINTIFF STEVES AND SONS, INC.'S COMPLAINT FOR FAILURE TO STATE A CLAIM (ECF No. 80) is DENIED AS MOOT;

(2) JELD-WEN, Inc. ("JELD-WEN") shall file its answer and any other motions with respect to the First Amended Complaint by April 15, 2020;

(3) Steves shall file a response brief by April 20, 2020; and

(4) JELD-WEN shall file a reply brief by April 24, 2020.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 9, 2020