UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JELD-WEN, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 3:20-CV-00098-REP |

**NOTICE OF FILING A MOTION TO SEAL**

JELD-WEN, Inc. ("JELD-WEN"), pursuant to Rule 5 of the Local Civil Rules, provides public notice that it today filed a motion to seal its Memorandum Regarding Discovery Disputes.

All parties and non-parties are hereby notified that they may submit memoranda in support of or in opposition to the motion within seven days, and that they may designate all or part of such exhibit as confidential.

Dated: April 10, 2020

Respectfully submitted,

JELD-WEN, Inc.

By counsel
/s/ *Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
Gregory J. DuBoff (VSB # 82062)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com
gduboff@mcguirewoods.com
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020 the following counsel of record have been served using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

    Lewis F. Powell III
    John S. Martin
    Alexandra L. Klein
    Maya M. Eckstein
    Douglas M. Garron
    R. Dennis Fairbanks, Jr.
    Michael Shebelskie
    William H. Wright, Jr.
    Hunton Andrews Kurth LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, VA 23219
    (804) 788-8200 – Tel.
    (804) 788-8218 – Fax
    lpowell@huntonAK.com
    martinj@huntonAK.com
    aklein@huntonAK.com
    meckstein@huntonAK.com
    dgarrou@huntonAK.com
    dfairbanks@huntonAK.com
    mshebelskie@huntonAK.com
    cwright@huntonAK.com

    Ted Dane
    Glenn Pomerantz
    Gregory Sergi
    Munger, Tolles & Olson LLP
    350 South Grand Avenue, 50th Floor
    Los Angeles, CA 90071
    (213) 683-9288 – Tel.
    (213) 683-4088 – Fax
    ted.dane@mto.com
    glenn.pomerantz@mto.com
    gregory.sergi@mto.com

    Kyle Mach
    Emily C. Curran-Huberty

Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
emily.curran-huberty@mto.com

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 – Fax

*Of Counsel*

/s/ *Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com

*Attorney for Defendant*

2