IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                    Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered STEVES AND SONS, INC.'S MOTION TO FILE ITS RESPONSE TO JELD-WEN, INC.'S SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION, AND ACCOMPANYING EXHIBITS, UNDER SEAL (ECF No. 90), and the supporting memorandum, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, and the plaintiff asserting that the documents requested to be sealed are designated confidential under the STIPULATED PROTECTIVE ORDER (ECF No. 25) entered herein, it is hereby ORDERED that STEVES AND SONS, INC.'S MOTION TO FILE ITS RESPONSE TO JELD-WEN, INC.'S SECOND SUPPLEMENTAL BRIEF IN

OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION, AND ACCOMPANYING EXHIBITS, UNDER SEAL (ECF No. 90) is granted and STEVES AND SONS, INC.'S RESPONSE TO JELD-WEN, INC.'S SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO STEVES' MOTION FOR PRELIMINARY RELIEF (ECF No. 93) and certain exhibits thereto are filed under seal; provided that appropriately redacted versions thereof are filed in the public record.

     It is so ORDERED.

                                             /s/                
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 13, 2020