IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                 Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered STEVES AND SONS, INC.'S MOTION TO FILE ITS FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE, UNDER SEAL (ECF No. 103), and the supporting memorandum, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that STEVES AND SONS, INC.'S MOTION TO FILE ITS FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE, UNDER SEAL (ECF No. 103) is granted and the FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE (ECF No.

105) is filed under seal; provided that an appropriately redacted

version thereof is filed in the public record.

It is so ORDERED.

_____ /s/   *REP*

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April *13*, 2020

2