AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Steves and Sons, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-00098 |
| JELD-WEN, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steves and Sons, Inc.

Date: 04/16/2020

/s/ Matthew R. McGuire
*Attorney's signature*

Matthew R. McGuire  VA Bar 84194
*Printed name and bar number*
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
*Address*

MMcGuire@HuntonAK.com
*E-mail address*

(804) 344-8821
*Telephone number*

(804) 788-8218
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system. Parties may access this filing via the Court's electronic system.

By /s/Matthew R. McGuire
Matthew R. McGuire