IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                                   Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered JELD-WEN, INC.'S MOTION FOR RULE 65(c) BOND REGARDING APRIL 10, 2020 PRELIMINARY INJUNCTION (ECF No. 132) (the "Motion"), the parties' statements of position, response and supplemental memoranda, and accompanying exhibits (ECF Nos. 130, 133, 156, 157, 171, 172), the DECLARATION OF DANIEL CASTILLO and accompanying exhibits (ECF No. 134), and the arguments of counsel made on the record during the April 20, 2020 conference call, it is hereby ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Steves and Sons, Inc. ("Steves") shall post a bond of $1 million (USD). For the reasons to be set forth in the forthcoming Memorandum Opinion, the Court finds that security of $1 million is sufficient and proper to pay the costs and damages sustained by JELD-WEN,

Inc. ("JELD-WEN") if JELD-WEN is later found to have been wrongfully enjoined.

It is so ORDERED.

/s/ RSP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 20, 2020

4:40 PM