UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JELD-WEN, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:20-CV-00098-REP |

**JELD-WEN, INC.'S EMERGENCY RULE 62(d)
MOTION TO STAY THE INJUNCTION PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(d), Defendant JELD-WEN, Inc. ("JELD-WEN") respectfully requests that this Court stay its preliminary injunction order dated April 10, 2020 (the "Preliminary Injunction Order"), pending resolution of JELD-WEN's appeal of that order to the United States Court of Appeals for the Fourth Circuit. *See* Preliminary Injunction Order, ECF No.123; Notice of Appeal, ECF No.124. A stay is necessary to enable JELD-WEN to seek meaningful interlocutory review of the Preliminary Injunction Order from the Fourth Circuit pursuant to 28 U.S.C. § 1292(a)(1). JELD-WEN further requests that the Court consider this motion on an expedited basis, as JELD-WEN plans to seek emergency relief from the Fourth Circuit in the event this Court declines to grant a stay. JELD-WEN's arguments in support of this motion are set forth more fully in the accompanying memorandum of law.

Dated: April 20, 2020

Respectfully submitted,

JELD-WEN, Inc.

By counsel

/s/ *Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com

Brian D. Sieve (*pro hac vice* pending)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 – Tel.
(312) 862-2200 – Fax
brian.sieve@kirkland.com

Michael A. Glick (*pro hac vice* pending)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000 – Tel.
(202) 389-5200 – Fax
michael.glick@kirkland.com

Alexia R. Brancato (*pro hac vice* pending)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 909-4800 – Tel.
(212) 446-4900 – Fax
alexia.brancato@kirkland.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April 2020, the following counsel of record have been served using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Lewis F. Powell III
John S. Martin
Alexandra L. Klein
Maya M. Eckstein
Douglas M. Garron
R. Dennis Fairbanks, Jr.
Michael Shebelskie
William H. Wright, Jr.
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200 – Tel.
(804) 788-8218 – Fax
lpowell@huntonAK.com
martinj@huntonAK.com
aklein@huntonAK.com
meckstein@huntonAK.com
dgarrou@huntonAK.com
dfairbanks@huntonAK.com
mshebelskie@huntonAK.com
cwright@huntonAK.com

Ted Dane
Glenn Pomerantz
Gregory Sergi
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9288 – Tel.
(213) 683-4088 – Fax
ted.dane@mto.com
glenn.pomerantz@mto.com
gregory.sergi@mto.com

Kyle Mach
Emily C. Curran-Huberty

Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000 – Tel.
(415) 512-4077 – Fax
kyle.mach@mto.com
emily.curran-huberty@mto.com

*Attorneys for Plaintiff*

Marvin G. Pipkin
Kortney Kloppe-Orton
Pipkin Law
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
(210) 731-6495 – Tel.
(210) 293-2139 – Fax

*Of Counsel*

/s/ *Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com

*Attorney for Defendant*