# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:20-cv-00098__, Case Name __Steves and Sons, Inc. v. JELD-WEN, Inc.__
Party Represented by Applicant: __JELD-WEN, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Alexia Renee Brancato__
Bar Identification Number __5266622__         State __New York__
Firm Name __Kirkland & Ellis LLP__
Firm Phone # __(212) 446-4800__         Direct Dial # __(212) 909-3344__         FAX # __(212) 446-4900__
E-Mail Address __alexia.brancato@kirkland.com__
Office **Mailing** Address __601 Lexington Avenue, New York, NY 10022__

Name(s) of federal court(s) in which I have been admitted __See attached list.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/ Alexia R. Brancato__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Brian C. Riopelle__         April 16, 2020
(Signature)                       (Date)
Brian C. Riopelle                 36454
(Typed or Printed Name)           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __X__ *or* Exemption Granted _____

The motion for admission is GRANTED __X__ *or* DENIED _____

__/s/ REP__         __April 22, 2020__
(Judge's Signature) Robert E. Payne     (Date)
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>3:20-cv-00098</u>, Case Name <u>Steves and Sons, Inc. v. JELD-WEN, Inc.</u>
Party Represented by Applicant: <u>JELD-WEN, Inc.</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Michael Adam Glick</u>
Bar Identification Number <u>992053</u>   State <u>District of Columbia</u>
Firm Name <u>Kirkland & Ellis LLP</u>
Firm Phone # <u>(202) 389-5000</u>   Direct Dial # <u>(202) 389-5218</u>   FAX # <u>(202) 289-5200</u>
E-Mail Address <u>michael.glick@kirkland.com</u>
Office **Mailing** Address <u>1301 Pennsylvania Avenue, N.W., Washington, DC 20004</u>

Name(s) of federal court(s) in which I have been admitted <u>See attached list.</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

<u>/s/ Michael A. Glick</u>
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

<u>/s/ Brian C. Riopelle</u>   April 16, 2020
(Signature)   (Date)
Brian C. Riopelle   36454
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __x__ *or* Exemption Granted _____

The motion for admission is GRANTED __x__ *or* DENIED _____

<u>/s/</u> REP   <u>April 22, 2020</u>
(Judge's Signature) Robert E. Payne   (Date)
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:20-cv-00098, Case Name Steves and Sons, Inc. v. JELD-WEN, Inc.
Party Represented by Applicant: JELD-WEN, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Brian Douglas Sieve
Bar Identification Number 6199741   State Illinois
Firm Name Kirkland & Ellis LLP
Firm Phone # (312) 862-2000   Direct Dial # (312) 862-2197   FAX # (312) 862-2200
E-Mail Address brian.sieve@kirkland.com
Office **Mailing** Address 300 North LaSalle, Chicago, IL 60654

Name(s) of federal court(s) in which I have been admitted See attached list.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Brian D. Sieve
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Brian C. Riopelle   April 16, 2020
(Signature)   (Date)
Brian C. Riopelle   36454
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __x__ *or* Exemption Granted _____

The motion for admission is GRANTED __X__ *or* DENIED _____

__/s/__ REP
(Judge's Signature) Robert E. Payne   April 22, 2020
Senior United States District Judge   (Date)