**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

STEVES AND SONS, INC.,

    Plaintiff,

v.                                          Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

For the reasons set forth on the record during the April 23, 2020 conference call and to allow the parties an opportunity to consider and discuss potential modifications to the ORDER OF PRELIMINARY INJUNCTION (ECF No. 123) (the "Injunction Order"), it is hereby ORDERED that the Injunction Order is stayed until 12:00 PM on Wednesday, April 29, 2020.

It is further ORDERED that:

(1) The parties shall inform the Court of the outcome of their discussions with respect to potential modifications to the Injunction Order by 1:00 PM on April 28, 2020, at which time the Court shall hold a conference call with the parties; and

(2) Steves and Sons, Inc. ("Steves") shall file its response to JELD-WEN, INC.'S EMERGENCY RULE 62(d) MOTION TO STAY THE INJUNCTION PENDING APPEAL (ECF No. 179) by 12:00 PM on April 24, 2020; and

(3) JELD-WEN, Inc. ("JELD-WEN") shall file its reply, if any, by 3:00 PM on April 25, 2020.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 23, 2020