UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 3:20-cv-000098 <br> ) |
| JELD-WEN, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF FILING A MOTION TO SEAL

Steves and Sons, Inc., pursuant to Rule 5 of the Local Civil Rules, provides public notice that it has today filed a motion to seal its Memorandum in Opposition to Defendant JELD-WEN, Inc.'s Motion for Stay of Injunction Pending Appeal.

All parties and non-parties are hereby notified that they may submit memoranda in support of or in opposition to the motion within seven days, and that they may designate all or part of such exhibit as confidential.

Dated:  April 24, 2020

Respectfully submitted,

**STEVES AND SONS, INC.**

By:   /s/Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
Michael Shebelskie (VSB No. 27459)
Maya M. Eckstein VSB No. 41413)
Matthew R. McGuire (VSB No. 84194)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Telephone: (804) 788-8200  
Facsimile: (804) 788-8218  
lpowell@hunton.com  
mshebelskie@hunton.com  
meckstein@hunton.com  
mmcguire@hunton.com  

Glenn D. Pomerantz  
Kyle W. Mach  
Emily Curran-Huberty  
MUNGER, TOLLES & OLSON LLP  
355 S. Grand Avenue, 50th Floor  
Los Angeles, CA 90071  
Telephone: (213) 683-9132  
Facsimile: (213) 683-5161  

Marvin G. Pipkin  
Kortney Kloppe-Orton  
PIPKIN LAW  
10001 Reunion Place, Suite 6400  
San Antonio, TX 78216  
Telephone: (210) 731-6495  
Facsimile: (210) 293-2139  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I caused a copy of the foregoing to be electronically filed using the CM/ECF system, which will send notification to counsel of record of such filing by operation of the Court's electronic system.  Parties may access this filing via the Court's electronic system.

                                         By  /s/Lewis F. Powell III
                                               Lewis F. Powell III