IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                        Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered JELD-WEN'S MOTION TO FILE UNDER SEAL (ECF No. 146), and the supporting memorandum, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in <u>Ashcraft, et al. v. Conoco, Inc.</u>, 218 F.3d 288 (4th Cir. 2000), <u>In re Knight Publishing Co.</u>, 743 F.2d 231 (4th Cir. 1984) and <u>Stone v. Univ. of Maryland</u>, 855 F.2d 178 (4th Cir. 1988) having been met, and the defendant asserting that the document requested to be sealed is designated confidential under the STIPULATED PROTECTIVE ORDER (ECF No. 25) entered herein, it is hereby ORDERED that JELD-WEN'S MOTION TO FILE UNDER SEAL (ECF No. 146) is granted and JELD-WEN'S ANSWER AND AFFIRMATIVE DEFENSES TO STEVES' FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE (ECF No. 149) is filed under seal; provided

that an appropriately redacted version thereof is filed in the public record.

It is so ORDERED.

/s/ RSP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 27, 2020