IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                    Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**AMENDED ORDER OF PRELIMINARY INJUNCTION**

This AMENDED ORDER OF PRELIMINARY INJUNCTION supersedes and replaces the ORDER OF PRELIMINARY INJUNCTION entered on April 10, 2020 (ECF 123).

Having reviewed PLAINTIFF STEVES AND SONS, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2), the supporting, opposing, and reply memoranda, having received evidence *ore tenus* and in documents that are in the record, having considered the arguments of counsel for Steves and Sons, Inc. ("Steves") and JELD-WEN, Inc. ("JELD-WEN"), and, for the reasons set forth in the MEMORANDUM OPINION entered on April 10, 2020 (ECF 121), the Court finds that Steves clearly and convincingly has established that:

    (1) There is a substantial likelihood, amounting to a near certainty, that Steves will succeed on the merits of COUNT THREE of the COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES, AND SPECIFIC PERFORMANCE (ECF No. 1; ECF No. 6) (the "Complaint"), the breach of contract claim against JELD-WEN on the grounds that:

 (a) JELD-WEN breached the Doorskin Product Agreement (the "Supply Agreement") by refusing to deliver fully the doorskins Steves ordered during the fourth quarter of 2019; and

 (b) JELD-WEN breached the Supply Agreement by giving notice of allocation in violation of Section 20 of the Supply Agreement; and

 (c) Even if allocation had been in conformance with Section 20 of the Supply Agreement (which it was not), by adopting an allocation method that is neither fair nor reasonable, JELD-WEN breached the Supply Agreement; and

(2) Absent a temporary injunction, Steves will suffer irreparable injury as a result of the breaches described in paragraph 1(a)-(c); and

(3) As a result of a temporary injunction, JELD-WEN will suffer some, but not adequately-proven, economic hardship, which is, however, significantly of its own creation and which is a consequence of the terms to which it bound itself in the Supply Agreement; and

(4) The balance of hardships tips decidedly in favor of Steves; and

(5) The public interest will be served by a preliminary injunction.

Therefore, it is ORDERED, pending the results of trial on the merits that is set for July 27, 2020 and any order that is entered thereafter that JELD-WEN shall:

(A) Terminate allocation, as to Steves, effective retroactively to January 1, 2020;

(B) Terminate, as to Steves, the ordering, confirmation, and delivery process (the so-called mix methodology) unilaterally instituted as part of allocation; and

(C) Revert to the parties' previous ordering, confirmation, and delivery process pending the results of trial on the merits and any order that is entered thereafter.

Although JELD-WEN denies the allegations of Steves' complaint and objects to the entry of the injunction for the reasons set forth in the record, pursuant to the representations of counsel for the parties during a telephonic hearing on April 29, 2020, that the parties have reached certain agreements regarding the delivery of doorskins ordered by Steves between November 25, 2019 and the date of this Order but not yet delivered by JELD-WEN, and related matters regarding future orders for doorskins to be placed by Steves, it is further ORDERED that:

(A) JELD-WEN shall deliver to Steves the doorskins specified in Schedule A attached hereto, such deliveries to take place

during the weeks specified in Schedule A pursuant to the parties' course of performance under the Supply Agreement between May 2012-October 2019, and to be made at the Steves' door manufacturing plants as directed by Steves reasonably in advance of the delivery due dates;

(B) Steves shall provide JELD-WEN with non-binding forecasts by SKU for the monthly purchase orders it expects to place in May, June, and July (for delivery within 30 days of the date of the orders), with the May monthly forecast (of orders to be submitted in May for June delivery) to be delivered to JELD-WEN not later than Friday, May 1, 2020; the June monthly forecast (of orders to be submitted in June for July delivery) to be delivered to JELD-WEN not later than Friday, May 29, 2020; and the July monthly forecast (of orders to be submitted in July for August delivery) to be delivered to JELD-WEN not later than Friday, June 26, 2020.

    (i) In the event that JELD-WEN considers Steves' actual purchase orders for a week to be materially greater or lesser for any SKU than JELD-WEN reasonably anticipated based on Steves' forecasts, Steves agrees that it will consult with JELD-WEN whether there are reasonable alternatives, including but not limited to extending the lead time for delivery, to address JELD-WEN's and Steves'

respective needs. The fact that JELD-WEN considers Steves' orders to be greater or lesser than it reasonably anticipated is not a basis on which JELD-WEN may withhold any doorskins or unilaterally modify its delivery of doorskins to Steves. If the parties are unable to reach an agreement on a purchase order that JELD-WEN considers to be materially greater or lesser, the parties agree that the dispute will be submitted to this Court for resolution.

(ii) The forecasts provided pursuant to this provision are non-binding and intended solely to assist JELD-WEN in its production planning during the course of the preliminary injunction. The forecasts do not modify the parties' obligations and rights with respect to the Supply Agreement and shall not provide a basis for a claim or excuse of non-performance arising out of 6 Del. C. § 2-306 or any other applicable law.

(iii) In the event that JELD-WEN states between the date of this Order and trial that it is no longer in allocation, with respect to its other independent doorskin customers, before a forecast is due, Steves shall be relieved of its obligation to

provide any further monthly forecasts under this provision.

(C) Nothing in this Order shall preclude Steves from ordering any and all doorskins it requires pursuant to the terms of the Supply Agreement after the date of this Order.

It is further ORDERED that, Steves having already paid into the registry of the Court the security ordered on April 20, 2020, pursuant to Fed. R. Civ. P. 65(c) (ECF 174), this AMENDED ORDER OF PRELIMINARY INJUNCTION shall take immediate effect.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 30, 2020
11:56 am EST

## Schedule for Current Orders

| PO's received 3/26<br>Ship week 4/20 | PO's received 4/3<br>Ship week 4/27 | PO's received 4/9<br>Ship week 5/4 | PO's received 4/16<br>Ship week 5/11 | PO's received 4/24<br>Ship week 5/18 |
|---|---|---|---|---|
| PO's | PO's | PO's | PO's | PO's |
| 104343 | 104607 | 104784 | 104922 | 105234 |
| 104344 | 104608 | 104785 | 104923 | 105235 |
| 104345 | 104609 | 104786 | 104924 | 105236 |
| 104346 | 104610 | 104787 | 104925 | 105237 |
| 104347 | 104611 | 104788 | 104926 | 105238 |
| 104348 | 104612 | 104789 | 104927 | 105239 |
| 104349 | 104613 | 104790 | 104928 | 105240 |
| 104350 | 104614 | 104791 | 104929 | 105241 |
| 104351 | 104615 | 104792 | 104930 | 105242 |
| 104352 | 104616 | 104793 | 104931 | 105243 |
| 104353 | 104617 | 104794 | 104932 | 105244 |
| 104354 | 104619 | 104795 | 104933 | 105245 |
| 104355 | 104620 | 104796 | 104934 | 105246 |
| 104356 | 104621 | 104797 | 104935 | 105247 |
| 104357 | 104622 | 104798 | 104936 | 105248 |
| 104358 | 104623 | 104799 | 104937 | 105249 |
| 104359 | 104624 | 104800 | 104938 | 105250 |
| 104360 | 104625 | 104801 | 104939 | 105251 |
| 104361 | 104626 | 104802 | 104940 | 105252 |
| 104362 | 104627 | 104803 | 104941 | 105253 |
| 104363 | 104645 | 104804 | 104942 | 105254 |
| 104364 | 104646 | 104805 | 104943 | 105255 |
| 104365 | 104647 | 104806 | 104944 | 105256 |
| 104366 | 104648 | 104807 | 104945 | 105257 |
| 104367 | 104649 | 104808 | 104946 | 105258 |
| 104368 | 104650 | 104809 | 104947 | 105259 |
| 104369 | 104651 | 104810 | 104948 | 105260 |
| 104370 | 104652 | 104811 | 104949 | 105261 |
| 104371 | 104653 | 104812 | 104950 | 105262 |
| 104372 | 104654 | 104813 | 104951 | 105263 |
| 104373 | 104655 | 104814 | 104952 | 105264 |
| 104374 | 104661 | 104815 | 104953 | 105265 |
| 104375 | 104662 | 104816 | 104954 | 105266 |
| 104376 | 104663 | 104817 | 104955 | 105267 |
| 104377 | 104664 | 104818 | 104956 | 105268 |
| 104378 | 104665 | 104819 | 104957 | 105269 |
| 104379 | 104666 | 104820 | 104959 | 105270 |
| 104380 | 104667 | 104821 | 104960 | 105271 |
| 104381 | 104668 | 104824 | 104961 | 105272 |
| 104382 | 104669 | 104825 | 104962 | 105273 |
| 104383 | 104670 | 104826 | 104963 | 105274 |
| 104384 | 104671 | 104827 | 104964 | 105275 |
| 104385 | 104672 | 104828 | 104965 | 105276 |
| 104386 | 104673 | 104829 | 104966 | 105277 |
| 104387 | 104674 | 104830 | 104967 | 105278 |
| 104388 | 104675 | 104831 | 104968 | 105279 |
| 104389 | 104676 | 104832 | 104969 | 105280 |
| 104390 | 104677 | 104833 | 104970 | 105281 |
| 104391 | 104678 | 104834 | 104971 | 105282 |
| 104392 |  | 104835 | 104972 | 105283 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104393 | | | 104836 | | 104973 | | 105284 |
| 104394 | | | 104837 | | 104980 | | 105285 |
| 104395 | | | 104838 | | 104981 | | 105286 |
| 104396 | | | 104839 | | 104982 | | 105287 |
| 104397 | | | 104840 | | 104983 | | 105288 |
| 104398 | | | 104844 | | 104984 | | 105289 |
| 104399 | | | 104845 | | 104985 | | 105290 |
| 104400 | | | 104846 | | 104986 | | 105291 |
| 104401 | | | 104847 | | 104987 | | 105292 |
| 104402 | | | 104848 | | 104988 | | 105293 |
| 104403 | | | 104849 | | 104989 | | 105294 |
| 104404 | | | 104850 | | 104990 | | 105295 |
| | | | 104851 | | | | 105296 |
| | | | 104852 | | | | 105297 |
| | | | 104853 | | | | 105298 |
| | | | 104854 | | | | 105299 |
| | | | 104855 | | | | 105300 |
| | | | 104856 | | | | 105301 |
| | | | 104857 | | | | |

## Schedule for Backlog Orders

| Ship week 5/4 | Ship week 5/11 | Ship Week 5/18 | Ship week 5/25 | Ship week 6/1 | Ship week 6/8 | Ship week 8/3 |
|---|---|---|---|---|---|---|
| PO's | PO's | PO's | PO's | PO's | PO's | PO's |
| 100673 | 100818 | 101074 | 101075 | 101073 | 101170 | 101230 |
| 100817 | 100819 | 101399 | 101401 | 101669 | 101381 | 101961 |
| 101026 | 101654 | 101400 | 101402 | 101674 | 101398 | 102176 |
| 101220 | 101655 | 101687 | 101673 | 101676 | 101657 | 102184 |
| 101228 | 101656 | 101688 | 101689 | 101677 | 101692 | 102185 |
| 101229 | 101658 | 101931 | 101690 | 101678 | 101693 | 102186 |
| 101379 | 101698 | 101947 | 101691 | 101694 | 101937 | 102187 |
| 101649 | 101926 | 101948 | 101928 | 101960 | 101954 | 102188 |
| 101650 | 101957 | 101949 | 101953 | 101969 | 101955 | 102189 |
| 101696 | 101965 | 101952 | 101963 | 102155 | 102150 | 102190 |
| 101930 | 101966 | 101956 | 101968 | 102183 | 102269 | 102221 |
| 101951 | 101970 | 102151 | 102148 | 102276 | 102271 | 102222 |
| 101958 | 101978 | 102152 | 102227 | 102277 | 102272 | 102223 |
| 101959 | 101981 | 102159 | 102229 | 102285 | 102273 | 102224 |
| 101964 | 102154 | 102160 | 102281 | 102290 | 102278 | 102295 |
| 101967 | 102158 | 102163 | 102282 | 102332 | 102294 | 102296 |
| 101977 | 102161 | 102165 | 102284 | 102337 | 102336 | 102335 |
| 102146 | 102164 | 102268 | 102286 | 102338 | 102358 | 102342 |
| 102147 | 102166 | 102275 | 102288 | 102354 | 102360 | 102343 |
| 102149 | 102228 | 102280 | 102289 | 102359 | 102442 | 102344 |
| 102153 | 102274 | 102283 | 102297 | 102475 | 102473 | 102345 |
| 102220 | 102298 | 102333 | 102457 | 102479 | 102486 | 102346 |
| 102270 | 102340 | 102341 | 102477 | 102492 | 102491 | 102347 |
| 102279 | 102351 | 102356 | 102495 | 102762 | 102503 | 102963 |
| 102287 | 102352 | 102361 | 102496 | 102777 | 102745 | 102964 |
| 102293 | 102357 | 102448 | 102499 | 102778 | 102763 | 102965 |
| 102353 | 102362 | 102471 | 102956 | 102950 | 102927 | 102969 |
| 102723 | 102494 | 102952 | 103151 | 102951 | 102930 | 102980 |
| 102757 | 102729 | 102986 | 103171 | 102989 | 102992 | 102981 |
| 102955 | 103345 | 103554 | | 103172 | 103187 | 102935 |
| | | 101641 | | 103173 | 103311 | 102936 |
| | | | | 103307 | 103313 | 101205 |
| | | | | 103545 | 103362 | 101397 |
| | | | | 103546 | 103363 | 101679 |
| | | | | | 103529 | 101680 |
| | | | | | | 101681 |
| | | | | | | 101682 |
| | | | | | | 101683 |
| | | | | | | 101684 |
| | | | | | | 101980 |
| | | | | | | 101982 |
| | | | | | | 101983 |
| | | | | | | 101984 |
| | | | | | | 101985 |
| | | | | | | 101986 |
| | | | | | | 101987 |
| | | | | | | 101988 |
| | | | | | | 101989 |
| | | | | | | 102145 |
| | | | | | | 102162 |
| | | | | | | 102291 |
| | | | | | | 102292 |
| | | | | | | 102349 |
| | | | | | | 102350 |
| | | | | | | 102355 |
| | | | | | | 102363 |
| | | | | | | 102460 |
| | | | | | | 102461 |
| | | | | | | 102508 |
| | | | | | | 102765 |