FILED: April 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-1425
(3:20-cv-00098-REP)

———————————

STEVES AND SONS, INC.

    Plaintiff - Appellee

v.

JELD-WEN, INC.

    Defendant - Appellant

———————————

O R D E R

———————————

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk