IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                 Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered STEVES AND SONS, INC.'S MOTION TO FILE ITS OPPOSITION TO MOTION TO DISMISS COUNTS ONE AND TWO OF STEVES AND SONS, INC.'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER SEAL (ECF No. 182), and the supporting memorandum, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, and the plaintiff asserting that the document requested to be sealed is designated confidential under the STIPULATED PROTECTIVE ORDER (ECF No. 25) entered herein, it is hereby STEVES AND SONS, INC.'S MOTION TO FILE ITS OPPOSITION TO MOTION TO DISMISS COUNTS ONE AND TWO OF STEVES AND SONS, INC.'S

AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER SEAL (ECF No. 182) is granted and the OPPOSITION TO MOTION TO DISMISS COUNTS ONE AND TWO OF STEVES AND SONS, INC.'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM (ECF No. 184) is filed under seal; provided that an appropriately redacted version thereof is filed in the public record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 30, 2020