UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JELD-WEN, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:20-cv-98 |

**ORDER**

Having considered Defendant JELD-WEN INC.'S MEMORANDUM REGARDING CURRENT DISCOVERY AND SCHEDULING DISPUTES (ECF No. 199); Plaintiff STEVES AND SONS, INC.'S SUBMISSION REGARDING DISCOVERY DISPUTES (ECF No. 200); JELD-WEN'S RESPONSE TO STEVES' MEMORANDUM REGARDING DISCOVERY AND SCHEDULING DISPUTES (ECF No. 210); STEVES' RESPONSE TO JELD-WEN'S MEMORANDUM REGARDING CURRENT DISCOVERY AND SCHEDULING DISPUTES (ECF No. 211); and the parties' arguments presented at the telephonic hearing held on April 27, 2020, it is hereby ORDERED:

(1) JELD-WEN's objection to Steves' Request for Production 43 is SUSTAINED IN PART and OVERRULED IN PART. JELD-WEN shall produce unredacted versions of pages 24 through 26 of ECF 197 from the *Grubb Lumber* docket. Should JELD-WEN be required to seek amendment of the *Grubb Lumber* protective order before some part of that material can be provided to Plaintiffs, JELD-WEN shall raise the issue with Judge Gibney no later than Monday,

May 4, 2020. JELD-WEN shall produce by May 4, 2020, all deposition transcripts where the witness deposed is a current or former JELD-WEN employee, as well as all deposition exhibits from those depositions. JELD-WEN shall provide to Plaintiffs by April 28, 2020 all interrogatories and requests for admission JELD-WEN has responded to in the *Grubb Lumber* litigation. Steves shall provide by April 29, 2020 the list of material found therein that Steves would like produced. If necessary, the parties shall further meet and confer to resolve disagreements on April 30, 2020; and

(2) Steves' request that JELD-WEN be ordered to produce complete data responsive to Requests for Production 3, 4, 5, 7, 9, 10, & 11 by a date certain is GRANTED IN PART and DENIED IN PART. JELD-WEN shall produce complete data responsive to RFPs 4, 5, 7, 9, 10 & 11, with the exception of data responsive to RFP 4 from JELD-WEN's Latvian doorskin facility, by 12 P.M. Eastern on April 29, 2020. With respect to data responsive to RFPs 3 and 4 from JELD-WEN's Latvian facility, JELD-WEN represents that it will produce the data as soon as possible.

It is so ORDERED.

/s/ REP

Richmond, Virginia  
Date: May 5, 2020  

Robert E. Payne  
Senior United States District Judge  

Filed nunc pro tunc April 27, 2020