IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVES AND SONS, INC.,

    Plaintiff,

v.                                Civil Action No. 3:20cv98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered JELD-WEN'S MOTION TO FILE UNDER SEAL (ECF No. 206), and the supporting memorandum, and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, and the defendant asserting that the document requested to be sealed is designated confidential under the STIPULATED PROTECTIVE ORDER (ECF No. 25) entered herein, it is hereby ORDERED that JELD-WEN'S MOTION TO FILE UNDER SEAL (ECF No. 206) is granted and JELD-WEN, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS COUNTS ONE AND TWO OF STEVES AND SONS, INC.'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM (ECF No. 209) is filed under seal;

provided that an appropriately redacted version thereof is filed in the public record.

It is so ORDERED.

/s/ /REP/
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 8, 2020

2