UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | Civil Action No. 3:20-cv-000098 <br> ) <br> ) |
| JELD-WEN, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

ORDER

Upon the agreement reached between the parties and in light of the discussion during the May 20, 2020 telephonic hearing, and for good cause shown, it is hereby ORDERED that the following shall occur by the dates specified below:

1. All discovery, except as set forth below regarding experts, shall be completed by June 12, 2020;[1]

2. For expert disclosures and depositions:

   a. <u>With respect to expert opinions pertaining to Steves' claimed damages</u>:

      i. Steves' opening expert disclosures shall be provided by <u>June 14</u>;

      ii. JELD-WEN's responsive expert disclosures shall be provided by <u>June 26</u>;

      iii. Steves' reply expert disclosures shall be provided by <u>July 5</u>;

   b. <u>With respect to expert opinions pertaining to antitrust issues</u>:

      i. Steves' opening expert disclosures shall be provided by <u>June 16</u>;

---

[1] The parties agree that the deadline to serve written discovery requests was April 15, 2020.

        ii. JELD-WEN's responsive expert disclosures shall be provided by June 27;

        iii. Steves' reply expert disclosures shall be provided by July 5;

    c. With respect to expert opinions pertaining to JELD-WEN's doorskin purchase order records:

        i. Steves' opening expert disclosures shall be provided by June 19;

        ii. JELD-WEN's responsive expert disclosures shall be provided by June 26;

        iii. Steves' reply expert disclosures shall be provided by July 3;

    d. All Depositions of experts shall be conducted by July 17;

3. For discovery designations to be offered at trial,

    a. they shall be served by both parties by July 6;

    b. fairness/rebuttal designations shall be served by both parties by July 9;

    c. objections to designations shall be served by both parties by July 13; and

    d. the parties shall meet and confer to resolve objections by July 16;

4. Both parties' witness and exhibit lists shall be filed by July 1, with objections thereto to be filed by July 9;

5. For jury instructions,

    a. both parties shall file proposed instructions by July 8;

    b. both parties shall file objections to the other party's proposed instructions by July 14; and

    c. Steves shall file consolidated jury instructions, both those agreed to and those still in dispute, by July 17;

6. To facilitate voir dire and jury selection in this matter in light of the ongoing Covid-19 pandemic:

    a. the parties shall file a consolidated questionnaire, noting any objections by the parties, by May 26;

    b. the parties shall discuss any additional voir dire, including the need for submission of proposed voir dire questions, with the Court during the Final Pretrial Conference;

6. For stipulations:

    a. the parties shall exchange proposed stipulations by July 7;

    b. the parties shall meet and confer regarding proposed stipulations by July 14; and

    c. Steves shall file proposed stipulations by July 17;

7. For motions in limine,

    a. any such motions shall be filed by July 2;

    b. responses shall be filed by July 9;

    c. replies in support of any such motions shall be filed by July 16;

8. The Final Pretrial Conference, as originally set in the Court's March 9, 2020 Orders (ECF 58), shall be continued to July 20 at 9:30 a.m., with all other guidelines for the Conference and Final Pretrial Order remaining in place as set forth in ECF 58; and

9. The trial shall commence on July 27 at 9:30 a.m. *[handwritten: Jury selection on July 23 & 24, 2020 at 9:30 AM.]*

    It is so ORDERED.

May 27, 2020.
Richmond, Virginia

                                           /s/     REP
                                Robert E. Payne
                                Senior United States District Judge