IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Steves and Sons, Inc.,

    Plaintiff,

v.                                    Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered JELD-WEN'S MOTION TO FILE UNDER SEAL (ECF No. 246) (the "Motion"), and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions of Ashcraft v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publ'g Co., 743 F.2d 231 (4th Cir. 1984), and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that JELD-WEN's Motion (ECF No. 246) is GRANTED.  It is further ORDERED that the designated portions of JELD-WEN, Inc.'s Discovery Letter (ECF No. 249) and Exhibits C (ECF No. 249-1), D (ECF No. 249-2), E (ECF No. 249-3), F (ECF No. 249-4), and G (ECF No. 249-5) are filed under seal, provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

                                             /s/          
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 5, 2020