**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

Steves and Sons, Inc.,

    Plaintiff,

v.                        Civil Action No. 3:20-cv-98

JELD-WEN, INC.,

    Defendant.

**ORDER**

Having considered STEVES AND SONS, INC.'S MOTION TO FILE ITS LETTER REGARDING DISCOVERY DISPUTES, AND ACCOMPANYING EXHIBIT 1, UNDER SEAL (ECF No. 253) (the "Motion"), and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions of Ashcraft v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publ'g Co., 743 F.2d 231 (4th Cir. 1984), and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Steves and Sons, Inc.'s Motion (ECF No. 253) is GRANTED. It is further ORDERED that the designated portions of Steves & Sons, Inc.'s Discovery Letter (ECF No. 255) and Exhibit 1 (ECF No. 255-1) are filed under seal, provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

                              /s/      _RₗₗN_
                      Robert E. Payne
                      Senior United States District Judge

Richmond, Virginia
Date: June 5, 2020