UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| STEVES AND SONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-CV-00098-REP |
| ) | |
| JELD-WEN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Steves and Sons, Inc. ("Steves") and Defendant JELD-WEN, Inc. ("JELD-WEN") hereby stipulate that, the parties having executed a Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement"), this action is dismissed, with prejudice, and the April 30, 2020 Amended Order of Preliminary Injunction is dissolved.  Each side shall bear its own attorneys' fees, expert fees, and costs.  Steves and JELD-WEN further agree that this Court shall retain jurisdiction to enforce compliance with the Settlement Agreement.

It is so stipulated.

Dated:  June 8, 2020

<div style="display: flex;">

<div>

By:   /s/Lewis F. Powell III
Lewis F. Powell III (VSB No. 18266)
Michael Shebelskie (VSB No. 27459)
Maya M. Eckstein (VSB No. 41413)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
lpowell@hunton.com
mshebelskie@hunton.com
meckstein@hunton.com

Glenn D. Pomerantz
Kyle W. Mach
Emily Curran-Huberty
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9132
Facsimile: (213) 683-5161

Marvin G. Pipkin
Kortney Kloppe-Orton
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, TX 78216
Telephone:   (210) 731-6495
Facsimile:   (210) 293-2139

*Attorneys for Plaintiff*

</div>

<div>

/s/ *Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
Gregory J. DuBoff
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com

Brian D. Sieve, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 – Tel.
(312) 862-2200 – Fax
brian.sieve@kirkland.com

Michael A. Glick
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000 – Tel.
(202) 389-5200 – Fax
michael.glick@kirkland.com

Alexia R. Brancato
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 909-4800 – Tel.
(212) 446-4900 – Fax
alexia.brancato@kirkland.com

*Attorneys for JELD-WEN, Inc.*

</div>

</div>